SCWC-13-0000208

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

CITIBANK, N.A., Respondent/Plaintiff-Appellee,

vs.

CINDY K. FREITAS, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000208; CIV. NO. 3RC11-1-981K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Cindy K. Freitas's application for writ of certiorari filed on September 17, 2014, is hereby rejected.

DATED: Honolulu, Hawaiʻi, October 24, 2014.

Cindy K. Freitas                    /s/ Mark E. Recktenwald
petitioner pro se
                                    /s/ Paula A. Nakayama

                                    /s/ Sabrina S. McKenna

                                    /s/ Richard W. Pollack

                                    /s/ Michael D. Wilson

